AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| United States of America<br>v.<br>Andrew FRAZIER, Jr.,<br>Nigel Jackson<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  18-02811-SAG<br>18-02812-SAG |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 13, 2018__ in the county of _____ in the _____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Section 846 | Conspiracy to possess with intent to distribute controlled substances. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

William Chen, Special Agent, U.S. DHS-HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Oct. 15, 2018

_____
*Judge's signature*

City and state: Baltimore, Maryland

Stephanie A. Gallagher, U.S.M.J.
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. 18-02811-SAG |
| | * | 18-02812-SAG |
| ANDREW FRAZIER JR., | * | SEALED |
| NIGEL JACKSON, | * | |
| | * | |
| Defendants | * | |

*******
## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, William Chen, am a Special Agent of United States Immigration and Customs Enforcement, Homeland Security Investigations (HSI), being duly sworn, hereby state as follows:

1. I am a Special Agent with HSI and have been since October 2010. Therefore, I am "an investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7); that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Section 2516 of Title 18, United States Code. I am currently assigned to the Carroll County, Maryland High Intensity Drug Trafficking Area (CCHITDA).

2. I have directly and/or indirectly participated in the arrest of numerous persons for violations of CDS laws, during which time officers have seized various amounts of heroin, cocaine, marijuana, and other illegal substances. I have been involved in the preparation and/or execution of numerous search and seizure warrants.

3. Through my training and experience in narcotics trafficking investigations and arrests, I am familiar with the actions, traits, habits, and terminology utilized by narcotics traffickers. I am familiar with the ways in which drug traffickers conduct their business, including methods of importing and distributing narcotics, money laundering, the use of cellular telephones and the internet to facilitate their illegal acts, and the use of numerical codes and code words to conduct narcotics transactions.

4. I submit this affidavit for the limited purpose of establishing probable cause to support the issuance of a Criminal Complaint charging Nigel JACKSON and Andrew FRAZIER Jr. with Conspiracy to Distribute Controlled Substances, in violation of 21 U.S.C. § 846.

5. Because I submit this affidavit for the limited purpose of establishing probable cause to support the issuance of a Criminal Complaint, it only contains a summary of relevant facts. I have not included each and every fact known to me concerning the entities, individuals, and the events described in this affidavit.

1

6. During the course of a federal narcotics investigation into FRAZIER Jr., investigators, between August and September 2018, made three controlled purchases of narcotics from FRAZIER Jr. in Baltimore, Maryland. Lab results from the first two controlled purchases revealed that the purchased narcotics tested positive for heroin. The third lab sample is still pending analysis, but the appearance of the substance is consistent with what your affiant knows to be CDS—specifically, heroin.

7. On October 13, 2018, investigative resources revealed that Andrew FRAZIER Jr. would be traveling from Maryland to Columbus, Ohio, to purchase narcotics from an individual known as "Nigel." This information confirmed other information law enforcement had obtained in preceding days, which indicated that FRAZIER Jr. intended to travel to Columbus to buy a certain quantity of heroin from Nigel. According to information obtained by law enforcement, FRAZIER Jr. was planning to meet Nigel at 853 Strawberry Hill Road, Columbus, Ohio 43213.

8. At approximately 1725 hours on October 13, 2018, surveillance observed FRAZIER Jr. traveling westbound on interstate 70 (I-70) from Baltimore, Maryland. FRAZIER continued westbound on I-70 through Pennsylvania and into Ohio.

9. At approximately 2345 hours, surveillance observed FRAZIER Jr. arriving at 853 Strawberry Hill Road, Columbus, Ohio 43213. As FRAZIER Jr. approached the residence, investigators observed a black male greet FRAZIER Jr. and lead him into the house. At approximately 0025 hours, FRAZIER Jr. left the residence, escorted by the same black male. No other adult males were observed by surveillance during this time.

10. On October 14, 2018, at approximately 0037 hours, FRAZIER Jr. was stopped for a traffic violation as he was traveling on Interstate 70 (I-70) in Ohio. During the traffic stop, approximately 2.65 ounces of heroin were found in FRAZIER Jr.'s vehicle. FRAZIER Jr. was read his *Miranda* rights, and he invoked his right to counsel. No interview was conducted.

11. At approximately 0310 hours, an Ohio state search warrant was executed at 853 Strawberry Hill Road, Columbus, Ohio 43213. During the search warrant, a black male identified as Nigel JACKSON was encountered at the residence. JACKSON matched the description of the black male previously observed greeting FRAZIER Jr. as he arrived at the residence. Furthermore, a cell phone with phone number 412-501-1574 was found at the residence. Information obtained by law enforcement through legal process indicated that 412-501-1574 was a telephone number being used by JACKSON to communicate with FRAZIER Jr. about narcotics purchases. JACKSON stated the phone belonged to his son, but investigators noted his son was not currently at the house. JACKSON was read his *Miranda* rights, and he subsequently invoked his right to counsel. No interview was conducted thereafter.

12. Both FRAZIER Jr. and JACKSON were arrested and transported to the Franklin County Jail.

_____
Special Agent William Chen
U.S. Department of Homeland Security,
Homeland Security Investigations

Subscribed to and sworn before me this 15th day of October 2018.

_____
Hon. Stephanie A. Gallagher
United States Magistrate Judge
District of Maryland

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America<br>v.<br>Andrew FRAZIER Jr.,<br><br>Defendant | )<br>)  Case No. 18-02811-SAG<br>)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Andrew Frazier Jr.,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to possess with intent to distribtue controlled substances, 21 U.S.C. Section 846.

Date: Oct. 15, 2018

_____
*Issuing officer's signature*

City and state: Baltimore, Maryland    Stephanie A. Gallagher, U.S.M.J.
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____    _____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____  Weight: _____

Sex: _____  Race: _____

Hair: _____  Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____